UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CHARLES COX, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  5:11-cv-03743-KOB-HGD |
| ) | |
| SHERIFF CHRIS CURRY and ) | |
| CAPTAIN STAN CHAPMAN, ) | |
| ) | |
| Defendants ) | |

## **ORDER**

A report and recommendation was entered on July 20, 2012, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  (Doc. 14). The plaintiff filed a response on August 1, 2012.  (Doc. 16).  In this document, the plaintiff addresses the deficiencies noted in the report and recommendation.

After consideration of the record, including the report and recommendation and the response thereto, it is ORDERED the report and recommendation is due to be and is hereby VACATED.

The clerk is DIRECTED to furnish a copy of this order to plaintiff.

DONE this 12th day of September, 2012.

                                  HARWELL G. DAVIS, III
                            UNITED STATES MAGISTRATE JUDGE