UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CHARLES COX, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  5:11-cv-03743-KOB-HGD |
| ) | |
| SHERIFF CHRIS CURRY, et al., ) | |
| ) | |
| Defendants ) | |

## **MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on December 18, 2012, recommending that the court dismiss this § 1983 action pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. (Doc. 22). Neither party filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's Report and **ACCEPTS** his recommendation.  Accordingly, the court finds that the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  The court will enter a separate, final order.

DONE and ORDERED this 5th day of February, 2013.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE